JOHN F. JOHNSON, Appellant, *v.* R. T. K. PETROLEUM CO., INC., Respondent, Impleaded with Others.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument and a stay denied, with ten dollars costs and necessary printing disbursements.   (See 289 N. Y. 101.)

In the Matter of the Estate of BENJAMIN HART, Deceased.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, Appellant; EDWARD S. MORRISON et al., Respondents.

Reported below, 262 App. Div. 190.
Submitted October 5, 1942; decided October 15, 1942.

*Harold C. Jesse* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless the appellant within thirty days serves and files case on appeal and pays ten dollars costs, in which event the motion is denied.